## LIST OF EXHIBITS

1      Certificate of Incorporation of Air America, Inc.

2      Certificate of Air America, Inc. as an FAA Air Carrier.

3      Letter of Intent (LOI) dated September 30, 2014.

4      Deposition taken to Mr. Luis Feliciano on June 22, 2017.

5      Mr. Manuel Nicolás Moreda's business profile.

6      Perdomo Ferrer, LLC's business profile.

7      Wolfe Aviation's business profile.

8      Fred Rebarber's October 21, 2014, email to Manuel Moreda.

9      Letter of Intent (LOI) dated November 6, 2014.

10      Letter of Intent (LOI) dated November 12, 2014.

11      Stock Purchase Agreement (SPA) of December 17, 2014.

12      Photograph of aircraft 421C, N30PT left side cabin.

13      Photograph of aircraft 421C, N30PT center of cabin.

14      Unanimous Written Consent of te Shareholders of Air America, Inc.

15      Amended and Restated Certificate of Incorporation of Air America, Inc.

16      Luis Feliciano's letter to Fred Rebarber dated November 16, 2014.

17      Letter from Fred Rebarber to Luis Feliciano dated November 24, 2014.

18      Plaintiff's Response to Defendant's Request for Admissions

19  Email from Luis Feliciano to Rafael Fernández dated December 23, 2014.

20  Email from Luis Feliciano to Fred Rebabrber dated December 2, 2015.

21  Fred Rebarber's bank accoun statement reflecting $250,000 deposit.

22  Expert Witness Rafael Gilestra's C/V.

23  Expert Witness Ismael Ortiz's C/V.

24  Rafael Gilestra's Expert Witness Report.

25  Ismael Ortiz's Expert Witness Report.