# UNANIMOUS WRITTEN CONSENT
# OF THE SHAREHOLDERS OF
# AIR AMERICA, INC.

The undersigned, being all the shareholders of **AIR AMERICA, INC.**, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, hereby execute this Unanimous Written Consent, in accordance with, and as permitted by, Article 7.17 of the Commonwealth of Puerto Rico's General Law of Corporations, as amended, and adopt the following resolutions:

**WHEREAS**, the sole Director of the Corporation on this same date determined to be advisable, necessary and convenient and in the best interest of the Corporation for the Corporation to amend and restate its certificate of incorporation, in the form of the exhibit attached hereto, to, among other things, (1) convert the Corporation to a close corporation, (2) expand the corporate purposes; (3) change the resident agent, (4) establish restrictions on the transfer of the shares of common stock of the Corporation and (5) provide that the business of the Corporation shall be managed by the stockholders, acting as directors of the Corporation;

**WHEREAS**, the sole Director resolved to submit the form of amended and restated certificate of incorporation to the approval of the shareholders of the Corporation;

**WHEREAS**, the Shareholders further wish to approve new By-laws for the Corporation and to appoint new officers;

**THEREFORE, NOW BE IT RESOLVED**, that the form of amended and restated certificate of incorporation for the Corporation in the form of the Exhibit A attached to this Consent be hereby approved by the shareholders of the Corporation;

**FURTHER RESOLVED**, that the form of By-Laws attached to this Consent as Exhibit B be, and hereby is, adopted as the new By-Laws of the Corporation, and that a copy thereof be placed in the Minute Book of the Corporation, following the Amended and Restated Certificate of Incorporation.

**FURTHER RESOLVED**, that the following person be, and hereby is, appointed officer of the Corporation to serve the office indicated below:

Luis Feliciano Muñoz - President, Secretary and Treasurer

**FURTHER RESOLVED**, that Luis Feliciano Muñoz, as President of the Corporation be hereby authorized and empowered, to execute the Amended and Restated Certificate of Incorporation for the Corporation in the form of Exhibit A to this Consent and file it with the Puerto Rico Department of State, and to do and perform all other acts and things and to sign all such documents and certificates and to take all such other steps deemed by such officer to be necessary, convenient or proper to carry out any of the foregoing resolutions, hereby ratifying, approving and confirming all that said officer have done or may do in connection to any of the foregoing.

**FURTHER RESOLVED**, that Luis Feliciano Muñoz, as President of the Corporation be authorized to act on behalf of the Corporation as follows:

(i) to hire and lay off any and all employees and/or independent contractors, at their sole discretion, as they may deem necessary and advisable for the proper operation of the business of the Corporation;

(ii) to execute contracts, purchase orders, and agreements of any kind for the purchase, lease, or sale of any materials, supplies, products, and/or any other goods or services, as they may deem necessary and advisable for the proper

operation of the business of the Corporation;

(iii) to execute loan agreements or enter into lines of credit with recognized financial institutions, as well as to open and close bank accounts, deposit and withdraw funds from such bank accounts, sign checks, and/or rent safe deposit boxes, as they may deem necessary and advisable for the proper operation of the business of the Corporation;

(iv) to sign applications, correspondence, permits, reports, and any other documents, for submission to any Puerto Rico or United States government agency or instrumentality, as well as appear personally therein, as they may deem necessary and advisable for the proper operation of the business of the Corporation;

(v) to engage in any acts of management and administration, including, without limitation, retaining security, cleaning, and/or utility services, as they may deem necessary and advisable for the proper operation of the business of the Corporation.

IN WITNESS WHEREOF, the shareholders of the Corporation execute this Consent.

By: _____
    Luis Feliciano Muñoz

Date: _____

By: _____
    Fred Rebarber-Ocasio

Date: December 17, 2014