IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. FELICIANO-MIUNOZ, et al.,**<br>    Plaintiffs<br><br>                    v.<br><br>**FRED REBARBER-OCASIO**<br>    Defendant | CRIM NO: 16-2719 (MEL) |

## MOTION REQUESTING LEAVE TO FILE SURREPLY

**TO THE HONORABLE COURT:**

**COME NOW** the Plaintiff, through the undersigned counsel and respectfully STATES, ALLEGES and PRAYS:

Plaintiff seeks leave to file a Surreply to Defendant's Reply to Plaintiffs Opposition to Defendant's summary judgment motion [Docket #72]. A Surreply may be filed if the opposing party introduces new material is its reply. Defendant introduced "additional facts" and arguments in his Reply.

Wherefore, Plaintiff requests the Honorable Court to grant leave to file a short Surreply.

Respectfully Submitted. In San Juan, Puerto Rico, this 25th day of April, 2018.

We certify that this motion has been filed using the CM/ECF case filing system which will notify all parties.

>Olmo & Rodríguez-Matías Law Office, PSC
>El Centro I suite 215, SJ PR 00918
>Tel.7877583570/Fax.7877640338
>Email jrolmo1@gmail.com
>
>S/José R. Olmo-Rodríguez
>José R. Olmo-Rodríguez
>USDC-PR 213504