**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUIS FELICIANO MUNOZ AND AIR AMERICA, INC, <br><br> PLAINTIFFS <br><br> VS. <br><br> FRED REBARBER OCASIO <br><br> DEFENDANT | CIVIL NO. 16-02719 (MEL) <br><br> Breach of Contract |

**MOTION FOR A BRIEF EXTENSION OF TIME TO FILE
JOINT PROPOSED PRETRIAL ORDER**

**TO THE HONORABLE COURT:**

**COMES NOW,** Defendant **Fred Rebarber Ocasio** through the undersigned counsel, and respectfully STATES, ALLEGES and PRAYS as follow:

1. On February 7, 2018, this Court ordered the parties to file the Joint Proposed Pretrial Order by August 20, 2018 [52].

2. The parties have initially discussed the contents of their respective portions of the Joint Proposed Pretrial Order in order to comply with the Courts Order, nevertheless, it has not been possible to finish the document.

3. The parties are aware of the October 1st. 2018 date for the Pretrial Hearing to be held and are certain that will be ready for such proceedings.

4. In order for the parties to fully comply with the Court's Order, a brief extension of time of 10 days (until August 31, 2018) is hereby requested.

5. This motion goes unopposed by plaintiff's counsel

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, this 20th day of August 2018.

**WE HEREBY CERTIFY**: that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

**MERCADO-RIVERA LAW OFFICES**
P.O. BOX 8086
CAGUAS, PR 00726-8086
Tel: 787-745-0628
Fax: 787-961-9883
Email: camercado@mercadoriveralw.com
*S/Carlos A. Mercado Rivera*
CARLOS A. MERCADO RIVERA
USDC-PR NO. 211904