# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS FELICIANO MUNOZ AND AIR AMERICA, INC, PLAINTIFFS** <br><br> VS. <br><br> **FRED REBARBER OCASIO** <br> **DEFENDANT** | **CIVIL NO. 16-02719 (MEL)** <br><br> **Breach of Contract** |

## JUROR QUESTIONNAIRE

**TO THE HONORABLE COURT:**

**COMES NOW,** Defendant **Fred Rebarber Ocasio** through the undersigned counsel, and respectfully submits the following juror questionnaire:

1. Age:

2. Occupation:     For how long:

3. a. Town or area where you live:     b. How long have you lived in Puerto Rico?

4. What other cities or towns have you lived in, and how long did you live there?  (Please note if you have lived in another state or country.)

5. What is your current job status? ____ Working full-time  ____ Unemployed ____ Working part-time  ____ Homemaker ____  Retired.  When?  ____ Full-time student

6.     a. What company or organization do you work for?

   b. What do you do at work?

   c. Do you have management or supervisory responsibilities?  Yes    No    If Yes, please describe:

   d. Over the periods of your working life, what are the typical types of jobs you  have had?

1

7. What is the last level of education you completed?

_____ Grade school or less _____ Some college _____ Some high school _____ College graduate _____ High school graduate _____ Post graduate work _____ Technical or business school

8. Please list any degrees you may have, the schools and colleges you attended, and your major areas of study.

9. What is your marital status?  _____ Single and never married _____ Currently married and have been for _____ years _____ Married in the past for _____ years _____ Single, but living with non-marital mate  _____ years _____ Widowed/ widower married in the past for _____ years _____ Other

10. What is the occupation of your spouse or mate?

11. What is the educational background of your spouse or mate?

12. If you have children, please state:

13. Does child Name  Sex Age live w/ you? Education Occupation

14. Have you or anyone in your family ever worked for a lawyer or a law firm or in the court system?  Yes  No  If Yes, please explain: _____

15. Do you know any attorneys or judges? Yes  No If Yes, who?

16. Have you or anyone close to you ever been in a board of directors of a corporation?

17. What social, political, civic, church, professional, or other organization do you belong to or are you associated with?

18. What are your hobbies, major interests, recreational pastimes, and spare-time activities?

19. How closely do you follow the news on either radio, TV, or in the newspapers?

_____ Several times a day _____ Once a day _____ Several times a week _____ Occasionally/Almost never

20. What kinds of television programs do you usually watch?

21. What newspapers and magazines do you read regularly?

22. Have you ever served as a juror in the past?  Yes  No

2

If Yes, how many times:

When:

Type of case(s):

How did you feel about your jury service?

23. Have you or anyone in your family ever sued or been sued by anyone?  Yes  No  If Yes: Who:   Why:   When:

What was the result of the claim?  Were you satisfied with the result?

24. Is there any reason whatsoever that you should not serve on this jury, would be unable to do so, or that jury duty would present a serious hardship?

Yes  No  If Yes, please explain:

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, this 17th day of September, 2018.

WE HEREBY CERTIFY: that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

*S/Carlos A. Mercado Rivera*

CARLOS A. MERCADO RIVERA
USDC-PR NO. 211904
MERCADO-RIVERA LAW OFFICES
P.O. BOX 8086
CAGUAS, PR 00726-8086
Tel: 787-745-0628
Fax: 787-961-9883
Email: camercado@mercadoriveralw.com
