# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. FELICIANO-MIUNOZ, et al.,**<br>Plaintiffs<br><br>v.<br><br>**FRED REBARBER-OCASIO**<br>Defendant | CRIM NO: 16-2719 (MEL) |

## MOTION REGARDING JURY INSTRUCTIONS, VOIR DIRE AND VERDICT FORM

**TO THE HONORABLE COURT:**

**COMES NOW** the Plaintiff, through the undersigned counsel and respectfully STATES, ALLEGES and PRAYS:

We adopt Defendant's proposed jury instructions and jury voir dire. Nevertheless, we will submit a proposed verdict form.

Wherefore, Plaintiff requests the Honorable Court to take notice.

Respectfully Submitted. In San Juan, Puerto Rico, this 1st day of October, 2018.

We certify that this motion has been filed using the CM/ECF case filing system which will notify all parties.

Olmo & Rodríguez-Matías Law Office, PSC
El Centro I suite 215, SJ PR 00918
Tel.7877583570/Fax.7877640338
Email jrolmo1@gmail.com

S/José R. Olmo-Rodríguez
José R. Olmo-Rodríguez
USDC-PR 213504
