UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRED J. REBARBER-OCASIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIS FELICIANO-MUNOZ, et al. )<br>)<br>Defendants. )<br>_____)<br>)<br>LUIS FELICIANO-MUNOZ, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FRED J. REBARBER-OCASIO, )<br>)<br>Defendant. ) | No. 3:18-cv-01218-JAW<br><br><br><br><br><br><br><br><br><br>No. 3:16-cv-02719-JAW |

**AMENDED ORDER TO SHOW CAUSE**

On October 27, 2025, the Court issued an order, rejecting Fred J. Rebarber-Ocasio's claim for attorney's fees against Luis Feliciano-Muñoz and Christel Bengoa and for obstinate and frivolous litigation under Puerto Rico law. *Order for Award of Att'y's Fees, Bill of Costs, and for Issuance of Warrant* at 11-16 (ECF No. 409). On November 17, 2025, Mr. Rebarber moved for reconsideration. *Mot. for Recons. of the Ct.'s Denial to Grant Att'y Fees* (ECF No. 411). On November 24, 2025, Mr. Feliciano and Ms. Bengoa filed their response, primarily objecting to Mr. Rebarber's bill of costs filed on November 10, 2025, *Bill of Costs* (ECF No. 410), and only cursorily addressing Mr. Rebarber's motion for reconsideration, simply stating Mr. Rebarber's motion is

"meritless," without further argument or citing any caselaw. *Opp'n to Mot. for Costs and Atty's Fees* at 13 (ECF No. 412).

"It is axiomatic in this Circuit that litigants waive underdeveloped arguments." *Medeiros v. Saul*, Civil No. 19-11079-LTS, 2020 U.S. Dist. LEXIS 142583, at *14 (D. Mass. Aug. 10, 2020) (citing *United States v. Zannino*, 895 F.2d 1, 17 (1st Cir.1990) ("issues adverted to in a perfunctory manner, unaccompanied by some effort at developed argumentation, are deemed waived"); *González-Galbán v. Bisignano*, Civil No. 25-1122 (MBA), 2025 U.S. Dist. LEXIS 217567, at *14-15 (D.P.R. Nov. 3, 2025) (same); *Betancourt-Colon v. Arcos Dorados P.R., LLC*, Civil No. 21-1311 (BJM), 2024 U.S. Dist. LEXIS 7300, at *22 (D.P.R. Jan. 11, 2024) (same).

As Mr. Feliciano and Ms. Bengoa failed to sufficiently develop their opposition to Mr. Rebarber's motion for reconsideration, the Court ORDERS Luis Feliciano-Muñoz and Christel Bengoa to respond within fourteen days of the date of this order as to why the Court should not deem their opposition to the motion for reconsideration waived, grant Fred Rebarber-Ocasio's motion for reconsideration, award him an additional $110,000 in attorney's fees in the district court plus $29,430 for attorney's fees in the appellate court.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of December, 2025